IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR WADE HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-CV-17-ALB |
| | ) | |
| DOWNS, DEWAYNE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 11, 2019, the Magistrate Judge filed a Recommendation (Doc. 36) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 36) is ADOPTED;

2. This case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

DONE this 6th day of December 2019.

                                                           /s/ Andrew L. Brasher
                                                    ANDREW L. BRASHER
                                                    UNITED STATES DISTRICT JUDGE